**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**SHAWN M. AND SHANNON L. KEEN,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-14109 REF** |
| **SHAWN M. AND SHANNON L. KEEN,**<br><br>**Plaintiffs**<br><br>v.<br><br>**CONSUMER PORTFOLIO SERVICES,**<br><br>**Defendant** | **Adversary Proceeding No.** |

**COMPLAINT SEEKING TO DETERMINE THE EXTENT AND VALIDITY OF**
**SECURED STATUS OF CREDITOR UNDER 11 U.S.C. § 502, 506**

Debtors and Plaintiffs, Shawn M. and Shannon L. Keen, by and through their counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby file this Complaint Seeking to Determine the Extent and Validity of Secured Status of Creditor Under 11 U.S.C. § 502, 506, and in support thereof set forth as follows:

**PARTIES**

1.      Plaintiffs, Shawn M. and Shannon L. Keen, are the Debtors in the above-captioned Chapter 13 proceeding.

2.      Defendant is Consumer Portfolio Services, a corporation doing business in the Commonwealth of Pennsylvania.

**JURISDICTION AND VENUE**

3.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334(b) as a proceeding arising under the Bankruptcy Code.

4.      The matters set forth in this Complaint are core proceedings and may be heard by a Bankruptcy Judge pursuant to 28 U.S.C. Section 157(b)(2)(A) and (K).

5.      This is an action brought under those provisions of the Bankruptcy Code, 11 U.S.C. § 502(b) and 506(a)(d), allowing the Plaintiffs to determine the extent and validity of a certain lien allegedly held by Consumer Portfolio Services against the Plaintiffs' 2009 Kia Sportage automobile ("Automobile").

6.      Venue is proper in the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1409.

## COMPLAINT

7.    The Plaintiffs owe the Defendant the sum of $8,406.49 (the "Loan").

8.    The Defendant has filed a Proof of Claim (Proof of Claim No. 2), which sets forth a secured claim in the sum of $8,406.49.

9.    The Loan is secured by a security interest in the Automobile.

10.    The contractual interest rate for the Loan is 21%.

11.    Plaintiffs believe and therefore aver that the contract interest rate to be charged the Plaintiffs' is excessive and unreasonable and exceeds what is necessary to provide Defendant the secured value of its claim and should be reduced to six percent (6%).

12.    Plaintiffs believe and therefore aver that the Automobile has a fair market value of $5,275.00, as of the date of the filing of the bankruptcy petition, and that the present value of the Defendant's secured claim to be paid over the life of Debtors' Chapter 13 Plan is equal to $5,275.00.

13.    In order to pay the present value of $5,275.00 over the life of the Chapter 13 Plan, at 6% interest, the Defendant would be paid a total of $6,118.80.

WHEREFORE, Plaintiffs respectfully request this Honorable Court to:

1.    Determine that the fair market value of the Automobile as of the Petition Date is $5,275.00;

2.    Determine that the interest to be charged to Plaintiffs should be reduced to six percent (6%);

3.    Determine that upon payment of the sum of $6,118.80 through the Chapter 13 Plan, the Defendant's lien on the Automobile will be released;

4.    Determine that he Defendant shall have an allowed unsecured claim for the balance of its provable claim.

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    /s/ George M. Lutz
_____
**George M. Lutz, Esquire**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**
**Attorneys for Debtors**

**EXHIBIT A**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SHANE M KEEN |
| Debtor 2 (Spouse, if filing) | SHANNON L KEEN |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    18-14109

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

### Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | CONSUMER PORTFOLIO SERVICES |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| | | |
|---|---|---|
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| CONSUMER PORTFOLIO SERVICES | |
| Name | Name |
| PO BOX 57071 | |
| Number     Street | Number     Street |
| IRVINE          CA          92619 | |
| City          State          ZIP Code | City          State          ZIP Code |
| Contact phone 800-342-9248 | Contact phone |
| Contact email bankruptcy@consumerportfolio.com | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____<br>MM / DD / YYYY |

| | | |
|---|---|---|
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
| --- | --- |

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  9  8  9  9

---

**7. How much is the claim?**   $_____8,406.49 . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

---

**9. Is all or part of the claim secured?**

☐ No

☑ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☑ Motor vehicle

☐ Other. Describe:      2009 Kia Sportage VIN: KNDJF724497630488

**Basis for perfection:**      _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                          $_____8,406.49

**Amount of the claim that is secured:**        $_____8,406.49

**Amount of the claim that is unsecured:**  $_____0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____0.00

**Annual Interest Rate** (when case was filed) 21.00 %

☑ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:** **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/09/2018
  MM / DD / YYYY

/S/ Janina Geronimo
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | JANINA GERONIMO | | |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | BANKRUPTCY REPRESENTATIVE |
|---|---|

| Company | CONSUMER PORTFOLIO SERVICES |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | PO BOX 57071 |
|---|---|
| | Number        Street |

| | IRVINE | CA | 92619 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | 800-342-9248 | Email | bankruptcy@consumerportfolio.com |
|---|---|---|---|

# RETAIL INSTALLMENT SALE CONTRACT — SIMPLE FINANCE CHARGE

Dealer Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| SHANE L. KEEN | SHANNON L. KEEN | PENN AUTO GROUP LLC |
| 4690 BUCKEYE RD | 4690 BUCKEYE RD | 1211 HANOVER AVE. |
| EMMAUS, PA 18049 | EMMAUS PA 18049 | ALLENTOWN, PA 18109 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| U | 2009 | KIA SPORTAGE | | KNDJF724497630488 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $1500.00 |
|---|---|---|---|---|
| 21.00 % | $ 6986.10 | $ 11210.10 | $ 18196.20 | $ 19696.20 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 303.27 | Monthly beginning 03/22/2015 |

Or As Follows:

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

| | | |
|---|---|---|
| 1 Cash Price | | |
| Vehicle | $ | 11285.00 |
| Accessories and Installation | $ | N/A |
| Government Taxes | $ | 587.10 |
| Vehicle Delivery | $ | N/A |
| | $ | N/A |
| | $ | 11872.10 |
| 2 Total Downpayment | | |
| Trade-in 2005 HYUNDAI TUCSON (Model) | | |
| Trade-in KM8JN72D45U087203 (VIN) | | |
| Gross Trade-in Allowance | $ 1500.00 | |
| Less Pay Off Made By Seller | $ 0.00 | |
| Equals Net Trade In | $ 1500.00 | |
| + Cash | $ 0.00 | |
| + Other | $ 0.00 | |
| (If total downpayment is negative, enter "0" and see 4H below) | | $ 1500.00 |
| 3 Unpaid Balance of Cash Price (1 minus 2) | | $ 10372.10 |
| 4 Other Charges Including Amounts Paid to Others on Your Behalf | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies | | |
| Life $ 0.00 Term | | |
| Disability $ 0.00 Term | | $ N/A |
| B Other Optional Insurance Paid to Insurance Company or Companies | | |
| (Describe) _____ Term | | |
| (Describe) _____ Term | | $ N/A |
| C Official Fees Paid to Government Agencies | | $ N/A |
| to ___ for ___ | | |
| to ___ for ___ | | |
| D Optional Gap Contract | | $ 595.00 |
| E Government Taxes Not Included in Cash Price | | $ N/A |
| F Government License and/or Registration Fees | | $ 45.00 |
| G Government Certificate of Title Fees (includes $ 29.00 security interest recording fee) | | $ 73.00 |
| H Other Charges (Seller must identify who is paid and describe purpose) | | |
| DEALER for Prior Credit or Lease Balance | | $ N/A |
| to DOC FEE for ___ | | $ 125.00 |
| to ___ for ___ | | $ 0.00 |
| to ___ for ___ | | $ 0.00 |
| to ___ for ___ | | $ N/A |
| to ___ for ___ | | $ N/A |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ 838.00 (4) |
| 5 Amount Financed (3 + 4) | | $ 11210.10 (5) |
| 6 Finance Charge | | $ 6986.10 (6) |
| 7 Total of Payments-Time Balance (5 + 6) | | $ 18196.20 (7) |

**If you do not meet your contract obligations, you may lose the vehicle.**

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____, Year _____ SELLER'S INITIALS _____

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.
Buyer Signs X _____  Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
**See back for other important agreements.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

NOTICE TO THE BUYER: DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.

Buyer Signs X _____ Date 02/20/15   Co-Buyer Signs X _____ Date 02/20/

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 02/20/15   Co-Buyer Signs X _____ Date 02/20/

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X _____ Address _____

Seller PENN AUTO GROUP LLC Date 02/20/15 By X _____ Title _____

Seller assigns its interest in this contract to GPS, INC. (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned without recourse ☐ Assigned with limited recourse
PENN AUTO GROUP LLC By _____ Title Manager

### Insurance block (right column)

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check your insurance option below:**
### Optional Credit Insurance
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name _____
Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

### Other Optional Insurance
☐ Type of Insurance _____ Term _____
Premium $ N/A
Description of Coverage _____
Insurance Company Name _____
Home Office Address _____

☐ Type of Insurance _____ Term _____
Premium $ N/A
Description of Coverage _____
Insurance Company Name _____
Home Office Address _____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.
X _____ Buyer Signature _____ Date
X _____ Co-Buyer Signature _____ Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge.** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.
Term 60 Mos. CARCO
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _____

**1. FINANCE CHARGE AND PAYMENTS**

**a.** **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b.** **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

**c.** **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment, or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d.** **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

**a.** **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b.** **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, to the extent permitted by law you agree to repay the amount when we ask for it.

**c.** **Security interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d.** **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our entire interest in the vehicle as well as yours. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we ·decide to buy physical damage insurance, we will buy insurance that covers your interest and our interest in the vehicle. We will tell you the charge you must pay. The charge will be the premium of the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e.** **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a.** **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. The term "heavy commercial vehicle" means any new or used motor vehicle, excluding a recreational vehicle, which is (i) a truck or truck tractor having a manufacturer's gross vehicular weight of thirteen thousand (13,000) pounds or more, or (ii) a semi-trailer or trailer designed for use in combination with a truck or truck tractor. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

**b.** **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c.** **You may have to pay collection costs.** If you default and we have to go to court to recover the vehicle, you will pay the reasonable attorney's fees and court costs as the law permits. You will also pay any attorney's fees and court costs a court awards us.

**d.** **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

**e.** **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may get it back by paying the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any other amounts (actually paid due under the contract (redeem). Your right to redeem ends when we sell the vehicle. We will tell you how much to pay to redeem.
If we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and any other amounts due because you defaulted (reinstate). We will tell you if you may reinstate and how much to pay if you may.
If you are in default for more than 15 days when we take the vehicle, the amount you must pay to redeem or reinstate will also include the expenses of taking the vehicle, holding it, and preparing it for sale.

**f.** **We will sell the vehicle if you do not get it back.** If you do not redeem, or, at our option, reinstate, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it, as the law allows. Reasonable attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you may have to pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g.** **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**h.** **Summary Notice Regarding Prepayment, Rebate of Finance Charge and Reinstatement: You may prepay all or part of the amount you owe under this contract without penalty. If you do so, you only have to pay the earned and unpaid part of the finance charge and all other amounts due up to the date of your payment. Unearned finance charges will not be rebated under this contract because there will never be any unearned finance charges to rebate. If you default and we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and expenses (reinstate).**

**4. WARRANTIES SELLER DISCLAIMS**
The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. The following paragraph also does not apply at all if you bought the vehicle primarily for personal, family, or household use.
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

**5. Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guia para compradores de vehiculos usados. La información que ve en el formulario de la ventanilla para este vehiculo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**6. SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**7. RIGHT TO RECEIVE STATEMENT OF ACCOUNT**
Upon your request, we will provide you a statement of account that shows information about your payment history including any charges and credits to your account. It will also show amounts that are due at the time of your request and information regarding future payments. We will provide you one statement of account at no cost. We may charge you our reasonable costs for any additional statements requested, as the law allows. Your right to receive a statement of account ends one year after termination of the contract.

**8. ADDITIONAL RIGHTS**
If you encounter a problem, you may have additional rights under the Unfair Trade Practices and Consumer Protection Law, which is enforced by the Pennsylvania Office of Attorney General, Bureau of Consumer Protection.

**9. APPLICABLE LAW**
Federal law and the law of the state of the Seller's address shown on the front of this contract apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# CPS

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | 2/26/2015 |
| **Loan Number** | | **Perfected Date** | 4/9/2015 |
| **Branch** | 764 | **Payoff Date** | |
| | | | |
| **Borrower 1** | SHANE M KEEN | **Dealer ID** | |
| **Borrower 2** | SHANNON L KEEN | **Dealer** | |
| **Borrower Address** | 4690 BUCKEYE RD | **Dealer Address** | |
| | EMMAUS, PA 18049 | | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 33045913501 |
| **Lienholder** | Consumer Portfolio Service Inc |
| **Lienholder Address** | PO Box 57071 |
| | Irvine, CA 92619 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | KNDJF724497630488 | **Issuance Date** | 4/9/2015 |
| **Title Number** | 74410623 | **Received Date** | 4/9/2015 |
| **Title State** | PA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2009 | **Odometer Reading** | 65468 |
| **Make** | KIA | **Branding** | |
| **Model** | SPO | | |
| | | | |
| **Owner 1** | KEEN,SHANE M & SHANNON L | | |
| **Owner 2** | | | |
| **Owner Address** | 4690 BUCKEYE RD | | |
| | EMMAUS, PA 18049 | | |

**Printed:** Tuesday, July 03, 2018 2:36:46 PM PST



Consumer Portfolio Services, Inc.

## ACCOUNTING STATEMENT

| | | | |
|---|---|---|---|
| Account No.: | ******9899 | Date: | 7/9/2018 |

**SHANE M KEEN**
**SHANNON L KEEN**

| | | | |
|---|---|---|---|
| Vehicle: | **2009 Kia Sportage** | VIN#: | **KNDJF724497630488** |

### COMPUTATION OF LOAN BALANCE

| | |
|---|---|
| TOTAL CONTRACT OR AGREEMENT PRINCIPAL DUE: | $8,033.28 |
| LATE CHARGES : | $40.40 |
| ACCRUED INTEREST: | $332.81 |
| **BALANCE DUE:** | **$ 8,406.49** |

This balance is due and payable within ten days of the date of this notice.  If you are unable to pay the amount stated, contact with this office for other arrangements.  Failure to respond will leave us no other alternatives but to continue with legal action.

**P.O. BOX 57071 ● IRVINE ● CA 92619-7071**
**Toll Free: (800) 507-8843**