**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **SHANE M. AND SHANNON L. KEEN,** | **Bankruptcy No. 18-14109 REF** |
| **Debtors** | |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Response to Motion for Relief from Automatic Stay of Pacific Union Financial was served upon the addresses listed below by way of electronic means on October 8, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

KEVIN G. MCDONALD on behalf of Creditor Pacific Union Financial LLC - bkgroup@kmllawgroup.com

PETER E. MELTZER on behalf of Creditor OneMain - bankruptcy@wglaw.com, mrivera@wglaw.com


                                   **Hartman, Valeriano, Magovern & Lutz, P.C.**

                By:    *s/Alyssa J. Merkey*
                        1025 Berkshire Blvd., Suite 700
                        Wyomissing, PA  19610
                        610-779-0772