United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Shane M. Keen
Shannon L. Keen
    Debtors

Case No. 18-14109-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Apr 03, 2019
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14180390     +E-mail/Text: bankruptcy@loanpacific.com Apr 04 2019 02:37:23    Pacific Union Financial, LLC,
      1603 LBJ Freeway, Suite 500,   Farmers Branch, TX 75234-6071
                                                                                  TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          GEORGE M. LUTZ   on behalf of Joint Debtor Shannon L. Keen glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ   on behalf of Plaintiff Shannon L. Keen glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ   on behalf of Debtor Shane M. Keen glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ   on behalf of Plaintiff Shane M. Keen glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
          KERI P EBECK   on behalf of Defendant   Consumer Portfolio Services kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
          KEVIN G. MCDONALD   on behalf of Creditor   Pacific Union Financial LLC bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
          PETER E. MELTZER   on behalf of Creditor   OneMain bankruptcy@wglaw.com, ibernatski@wglaw.com
          SCOTT WATERMAN   ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                  TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14109-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Shane M. Keen
210 West Montgomery Street
Allentown PA 18103

Shannon L. Keen
210 West Montgomery Street
Allentown PA 18103

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/02/2019.

Name and Address of Alleged Transferor(s):

Claim No. 8: Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/05/19

Tim McGrath
**CLERK OF THE COURT**