United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shane M. Keen  
Shannon L. Keen  
    Debtors

Case No. 18-14109-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: May 03, 2019  
                             Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14163024      E-mail/Text: bankruptcy@consumerportfolio.com May 04 2019 02:47:54  
           Consumer Portfolio Services,    P. O. Box 57071,    Irvine, CA 92619-7071  
                                                                                                                                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:

         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         GEORGE M. LUTZ    on behalf of Joint Debtor Shannon L. Keen glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         GEORGE M. LUTZ    on behalf of Plaintiff Shannon L. Keen glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         GEORGE M. LUTZ    on behalf of Debtor Shane M. Keen glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         GEORGE M. LUTZ    on behalf of Plaintiff Shane M. Keen glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         KERI P EBECK    on behalf of Defendant    Consumer Portfolio Services kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial LLC bkgroup@kmllawgroup.com  
         KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com  
         PETER E. MELTZER    on behalf of Creditor    OneMain bankruptcy@wglaw.com, ibernatski@wglaw.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                                                                     TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14109-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Shane M. Keen
210 West Montgomery Street
Allentown PA 18103

Shannon L. Keen
210 West Montgomery Street
Allentown PA 18103

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/03/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Consumer Portfolio Services, P. O. Box 57071, Irvine, CA 92619-7071

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/05/19

Tim McGrath
**CLERK OF THE COURT**