*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shane M. Keen and Shannon L. Keen

    Debtor(s)

Case No: 18–14109–elf

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Hearing rescheduled to [19] Motion to Dismiss Case; feasibility and underfunding Filed by WILLIAM MILLER*R (Counsel).

**Hearing rescheduled from 6/20/19 at 9:00 AM**

    on: 7/23/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/7/19

Timothy B. McGrath
Clerk of Court

40 – 19
Form 167