United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-14109-elf
Shane M. Keen                                                         Chapter 13
Shannon L. Keen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS        Page 1 of 2        Date Rcvd: Jun 07, 2019
                            Form ID: 167          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.
```
db/jdb         +Shane M. Keen,    Shannon L. Keen,    210 West Montgomery Street,    Allentown, PA 18103-5017
14125471       +CACH LLC,    C/O RESURGENT CAPITAL SERVICES,    PO BOX 126,   GREENVILLE, SC 29602-0126
14180755        CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14125475       +CONSUMER PORTFOLIO SVS,    19500 JAMBOREE RDSUITE 500,    IRVINE, CA 92612-2437
14125468        CSC Credit Services,    Box 740040,   Atlanta, GA 30374-0040
14125469       +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14125466       +Experian,   Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14125478        FIRST NATIONAL CREDIT CA,    500 E 60TH ST N,    SIOUX FALLS, SD 57104-0478
14125479       +FIRST SAVINGS CREDIT CAR,    500 E 60TH ST N,    SIOUX FALLS, SD 57104-0478
14125484        NISWI LLC dba Amplify Funding,    597 Peace Pipe Road, 2nd Floor,    Lac Du Flambeau, WI 54538
14273961       +Nationstar Mortgage LLC D/B/A Mr. Cooper,    c/o Shapiro & DeNardo, LLC,    3600 Horizon Drive,
                 Suite 150,   King of Prussia, PA 19406-4702
14300803       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14125486       +PACIFIC UNION FINANCIAL,    1603 LBJ FREEWAYSUITE 600,    FARMERS BRANCH, TX 75234-6071
14169986       +Pacific Union Financial LLC,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14180390       +Pacific Union Financial, LLC,    1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
14125467       +Trans Union,   P.O. Box 1000,    Chester, PA 19016-1000
14125489       +US Department of Education,    61 Forsyth Street SW,    Suite 19T40,   Atlanta, GA 30303-8919
14244216        US Department of Education,    P O Box 16448,   St Paul, MN 55116-0448
14187047        eCAST Settlement Corporation,    PO Box 29262,   New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: cbp@onemainfinancial.com Jun 08 2019 03:34:02     OneMain,   PO Box 3251,
                 Evansville, IN 47731-3251
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2019 03:47:47
                 PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
14125473       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:34:50
                 CAPITAL ONE BANK USA NA,    10700 Capital One Way,   Richmond, VA 23060-9243
14125474       +E-mail/Text: bankruptcy@cavps.com Jun 08 2019 03:28:44     CAVALRY PORTFOLIO SVCS,
                 500 SUMMIT LAKE DRSTE 4A,    VALHALLA, NY 10595-2323
14125472        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:34:03     Capital One,
                 POB 30285,   Salt Lake City, UT 84130-0285
14173140        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:34:03
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14127284       +E-mail/Text: bankruptcy@cavps.com Jun 08 2019 03:28:44     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14125470       +Fax: 602-659-2196 Jun 08 2019 05:14:59     Chex Systems Inc.,    ATTN: Customer Relations,
                 7805 Hudson Rd,    Suite 100,   Woodbury, MN 55125-1703
14163024        E-mail/Text: bankruptcy@consumerportfolio.com Jun 08 2019 03:28:40
                 Consumer Portfolio Services,    P. O. Box 57071,   Irvine, CA 92619-7071
14125476       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 08 2019 03:29:22
                 Credit Collection Services,    725 Canton Street,   Norwood, MA 02062-2679
14125477        E-mail/PDF: creditonebknotifications@resurgent.com Jun 08 2019 03:34:11     Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
14125480       +E-mail/Text: accountservices@greenlineloans.com Jun 08 2019 03:29:11     Greenline Loans,
                 POB 507,   Hays, MT 59527-0507
14125481       +E-mail/Text: BKRMailOPS@weltman.com Jun 08 2019 03:27:47     KAY JEWELERS,   375 GHENT RD,
                 AKRON, OH 44333-4600
14185718        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 08 2019 03:34:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14177401        E-mail/Text: bkr@cardworks.com Jun 08 2019 03:27:23     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14125482       +E-mail/Text: bkr@cardworks.com Jun 08 2019 03:27:23     MERRICK BANK,   POB 9201,
                 OLD BETHPAGE, NY 11804-9001
14125483       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 08 2019 03:28:31     MIDLAND FUNDING LLC,
                 2365 NORTHSIDE DRIVESUITE 300,    SAN DIEGO, CA 92108-2709
14125485       +E-mail/PDF: cbp@onemainfinancial.com Jun 08 2019 03:33:57     ONEMAIN,   PO BOX 1010,
                 EVANSVILLE, IN 47706-1010
14167191        E-mail/PDF: cbp@onemainfinancial.com Jun 08 2019 03:33:58     OneMain Financial,   PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
14125487        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2019 03:34:56
                 Portfolio Recovery Assoc.,    Riverside Commerce Center,   120 Corporate Blvd., Ste. 100,
                 Norfolk, VA 23502-4962
14318988        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2019 03:34:53
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
14125488       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:35:42     SYNCB/LOWES,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
14126758       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:34:45     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                   Date Rcvd: Jun 07, 2019
                              Form ID: 167                Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14125490         +E-mail/Text: bnc-bluestem@quantum3group.com Jun 08 2019 03:29:16      WEBBANK/FINGERHUT,
                  6250 RIDGEWOOD ROA,    SAINT CLOUD, MN 56303-0820
                                                                                                TOTAL: 24

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:

```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Shannon L. Keen glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Plaintiff Shannon L. Keen glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Debtor Shane M. Keen glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Plaintiff Shane M. Keen glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KERI P EBECK    on behalf of Defendant   Consumer Portfolio Services kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor   Pacific Union Financial LLC bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              PETER E. MELTZER    on behalf of Creditor   OneMain bankruptcy@wglaw.com,   ibernatski@wglaw.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                                 TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shane M. Keen and Shannon L. Keen

Debtor(s)

Case No: 18–14109–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Hearing rescheduled to [19] Motion to Dismiss Case; feasibility and underfunding Filed by WILLIAM MILLER*R (Counsel).

**Hearing rescheduled from 6/20/19 at 9:00 AM**

on: 7/23/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/7/19

Timothy B. McGrath
Clerk of Court

40 – 19
Form 167