**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**SHAWN M. AND SHANNON L. KEEN,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-14109 ELF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Second Amended Chapter 13 Plan was served upon the addresses listed below, all creditors and parties in interest by way of electronic means on September 11, 2019 and/or via first class mail on September 16, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

KERI P EBECK on behalf of Defendant Consumer Portfolio Services - kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

KEVIN S. FRANKEL on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper - pa-bk@logs.com

KEVIN G. MCDONALD on behalf of Creditor Pacific Union Financial LLC - bkgroup@kmllawgroup.com

PETER E. MELTZER on behalf of Creditor OneMain - bankruptcy@wglaw.com, ibernatski@wglaw.com

Shane M. and Shannon L. Keen
210 West Montgomery Street
Allentown, PA 18103

                                         **Hartman, Valeriano, Magovern & Lutz, P.C.**

                      By:    *s/Alyssa J. Merkey*
                             1025 Berkshire Blvd., Suite 700
                             Wyomissing, PA  19610
                             610-779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 18-14109-elf<br>Eastern District of Pennsylvania<br>Reading<br>Mon Sep 16 09:01:38 EDT 2019 | OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 |
| CACH LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 126<br>GREENVILLE, SC 29602-0126 | CACH, LLC its successors and assigns as assi<br>of FIA Card Services, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CAPITAL ONE BANK USA NA<br>10700 Capital One Way<br>Richmond, VA 23060-9243 |
| CAVALRY PORTFOLIO SVCS<br>500 SUMMIT LAKE DRSTE 4A<br>VALHALLA, NY 10595-2323 | CONSUMER PORTFOLIO SVS<br>19500 JAMBOREE RDSUITE 500<br>IRVINE, CA 92612-2437 | CSC Credit Services<br>Box 740040<br>Atlanta, GA 30374-0040 |
| Capital One<br>POB 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Chex Systems Inc.<br>ATTN: Customer Relations<br>7805 Hudson Rd<br>Suite 100<br>Woodbury, MN 55125-1703 | Consumer Portfolio Services<br>P. O. Box 57071<br>Irvine, CA 92619-7071 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Equifax Information Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 | Experian<br>Business Information Services<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 |
| FIRST NATIONAL CREDIT CA<br>500 E 60TH ST N<br>SIOUX FALLS, SD 57104-0478 | FIRST SAVINGS CREDIT CAR<br>500 E 60TH ST N<br>SIOUX FALLS, SD 57104-0478 | Greenline Loans<br>POB 507<br>Hays, MT 59527-0507 |
| KAY JEWELERS<br>375 GHENT RD<br>AKRON, OH 44333-4600 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>POB 9201<br>OLD BETHPAGE, NY 11804-9001 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MIDLAND FUNDING LLC<br>2365 NORTHSIDE DRIVESUITE 300<br>SAN DIEGO, CA 92108-2709 | NISWI LLC dba Amplify Funding<br>597 Peace Pipe Road, 2nd Floor<br>Lac Du Flambeau, WI 54538 |

```
Nationstar Mortgage LLC D/B/A Mr. Cooper    Nationstar Mortgage LLC d/b/a Mr Cooper    ONEMAIN
c/o Shapiro & DeNardo, LLC                   PO Box 619096                              PO BOX 1010
3600 Horizon Drive                           Dallas, TX 75261-9096                      EVANSVILLE, IN 47706-1010
Suite 150
King of Prussia, PA 19406-4702


OneMain Financial                            PACIFIC UNION FINANCIAL                    Pacific Union Financial LLC
PO BOX 3251                                  1603 LBJ FREEWAYSUITE 600                  c/o KML LAW GROUP, P.C.
EVANSVILLE, IN 47731-3251                    FARMERS BRANCH, TX 75234-6071              701 Market St. Suite 5000
                                                                                        Philadelphia, PA 19106-1541


Pacific Union Financial, LLC                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC       SYNCB/LOWES
1603 LBJ Freeway, Suite 500                  PO BOX 41067                               PO BOX 965005
Farmers Branch, TX 75234-6071                NORFOLK VA 23541-1067                      ORLANDO, FL 32896-5005


Trans Union                                  US Department of Education                 US Department of Education
P.O. Box 1000                                61 Forsyth Street SW                       P O Box 16448
Chester, PA 19016-1000                       Suite 19T40                                St Paul, MN 55116-0448
                                             Atlanta, GA 30303-8919


WEBBANK/FINGERHUT                            eCAST Settlement Corporation               GEORGE M. LUTZ
6250 RIDGEWOOD ROA                           PO Box 29262                               Hartman, Valeriano, Magovern & Lutz, PC
SAINT CLOUD, MN 56303-0820                   New York NY 10087-9262                     1025 Berkshire Blvd.
                                                                                        Suite 700
                                                                                        P.O. Box 5828
                                                                                        Wyomissing, PA 19610-5828


SCOTT F. WATERMAN (Chapter 13)               Shane M. Keen                              Shannon L. Keen
Chapter 13 Trustee                           210 West Montgomery Street                 210 West Montgomery Street
2901 St. Lawrence Ave.                       Allentown, PA 18103-5017                   Allentown, PA 18103-5017
Suite 100
Reading, PA 19606-2265
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Assoc.                    (d)Portfolio Recovery Associates, LLC
Riverside Commerce Center                    PO Box 41067
120 Corporate Blvd., Ste. 100                Norfolk, VA 23541
Norfolk, VA 23502-4962
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Nationstar Mortgage LLC D/B/A Mr. Cooper  (u)Pacific Union Financial LLC             (d)Synchrony Bank
                                                                                        c/o PRA Receivables Management, LLC
                                                                                        PO Box 41021
                                                                                        Norfolk, VA 23541-1021
```

End of Label Matrix
Mailable recipients    47
Bypassed recipients     3
Total                  50