**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**SHANE M. AND SHANNON L. KEEN,**<br><br>**Debtors** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-14109 ELF** |

**ORDER**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation of $5,916.00 and reimbursement of expenses of $170.00 are **ALLOWED**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expense reimbursement set forth in ¶2 les $690.00, which was paid by the Debtor prepetition, to the extent such distribution s authorized under the terms of the confirmed Chapter 13 Plan.

Date: 10/28/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**