# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **SHAWN M. AND SHANNON L. KEEN,** | **Bankruptcy No. 18-14109 ELF** |
| **Debtors** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

**To:** Nationstar Mortgage LLC dba Mr. Cooper, the Chapter 13 Trustee, and the United States Trustee:

Movants, the Debtors in this bankruptcy proceeding, filed a Motion to Strike Certification of Default with the Court in order to strike the Certification of Default filed by Nationstar on November 21, 2019.

YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney).

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before December 16, 2019 you or your attorney must do all of the following:

   (a) file an answer explaining your position at The United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA 19601.  If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the Movants' attorney at:

   George M. Lutz, Esquire
   Hartman, Valeriano, Magovern & Lutz, PC
   1025 Berkshire Boulevard, Suite 700
   P.O. Box 5828
   Wyomissing, PA  19610

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on December 19, 2019 at 11:00 am in Courtroom 1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, Berks County, Pennsylvania.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one has filed an answer.

**Dated: November 27, 2019**