**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re: | **Chapter 13 Bankruptcy** |
| **SHANE M. AND SHANNON L. KEEN,** | |
| **Debtors** | **Bankruptcy No. 18-14109 ELF** |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtors' Motion to Strike Certification of Default were served upon the addresses listed below by way of electronic means on November 27, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

KERI P EBECK on behalf of Defendant Consumer Portfolio Services - kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

KEVIN S. FRANKEL on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper - pa-bk@logs.com

KEVIN G. MCDONALD on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper - bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor Pacific Union Financial LLC - bkgroup@kmllawgroup.com

PETER E. MELTZER on behalf of Creditor OneMain - bankruptcy@wglaw.com, ibernatski@wglaw.com

SCOTT F. WATERMAN (Chapter 13)  - ECFMail@ReadingCh13.com

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:     *s/Alyssa J. Merkey*
1025 Berkshire Blvd., Suite 700
Wyomissing, PA  19610
610-779-0772