## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shannon L. Keen | |
| Shane M. Keen | |
| Debtor(s) | CHAPTER 13 |
| | |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | |
| Movant | |
| vs. | NO. 18-14109 ELF |
| | |
| Shannon L. Keen | |
| Shane M. Keen | |
| Debtor(s) | |
| | 11 U.S.C. Section 362 |
| Scott Waterman | |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certificate of Default of NATIONSTAR MORTGAGE LLC D/B/A MR.

COOPER, which was filed with the Court on or about **November 21, 2019**.


                              Respectfully submitted,


                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106

December 10, 2019