**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **SHANE M. AND SHANNON L. KEEN,** | **Bankruptcy No. 18-14109 ELF** |
| Debtors | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw the Debtors' Motion to Strike Certification of Default of Stipulation filed by Nationstar Mortgage LLC D/B/A Mr. Cooper, Docket No.: 59, filed on November 27, 2019.

Date: December 12, 2019

                                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

                          By:    *s/George M. Lutz, Esquire*

                                      Attorney I.D. No.: 46437
                                      1025 Berkshire Blvd., Suite 700
                                      Wyomissing, PA  19610
                                      610-779-0772