IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Shane M. Keen and Shannon L. Keen, Debtors. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, Movant, | 18-14109/ELF |
| v. | 11 U.S.C. § 362 |
| Shane M. Keen and Shannon L. Keen, Debtors, | |
| Scott Waterman, Trustee, Additional Respondent. | |

## O R D E R

AND NOW, this _____ day of _____, 2020, after notice to all required parties and certification of default under the terms of this Court's Order of December 19, 2018 it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 210 West Montgomery Street, Allentown, PA 18103; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE

**Date: March 20, 2020**